670

189 So. 923

**Geo. RIDINGS, Jr., v. STATE.**

**6 Div. 424.**

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

185 So. 925

**Clovis RIGGANS v. STATE.**

**6 Div. 251.**

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

185 So. 925

**Harwood RIGSBY v. STATE.**

**6 Div. 408.**

Court of Appeals of Alabama.
Dec. 13, 1938.

Foster, Rice & Foster, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

185 So. 925

**Harwood RIGSBY v. STATE.**

**6 Div. 409.**

Court of Appeals of Alabama.
Dec. 20, 1938.

Foster, Rice & Foster, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

188 So. 926

**J. E. RILEY v. STATE.**

**8 Div. 811.**

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

176 So. 925

**Bascomb RIVERS v. STATE.**

**8 Div. 573.**

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.